NORMAN S. CHAPIN *v.* JOHN J. TYNAN, COMMISSIONER
OF MOTOR VEHICLES, ET AL.

KING, C. J., ALCORN, HOUSE, THIM and RYAN, Js.

Argued December 9—decided December 9, 1969

*H. David Leventhal,* for the appellant (plaintiff).

*Stephen J. O'Neill,* assistant attorney general,
with whom, on the brief, was *Robert K. Killian,* at-
torney general, for the appellee (named defendant).

*George F. Lowman,* with whom were *John F.
Spindler* and, on the brief, *James M. Barton,* for the
appellee (defendant R. L. Polk and Company).

PER CURIAM. There is no error.